CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJW

NOV 07 2014

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN TERRY DOTSON,<br>    Petitioner, | Civil Action No. 7:13-cv-00529 |
| v. | **FINAL ORDER** |
| WARDEN OF KMCC,<br>    Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Petitioner's motion for leave to amend is **DENIED**; Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner and Respondent.

ENTER: This 7th day of November, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge